THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TERRY G. FLANIGAN, Defendant-Appellant.

(No. 72-235;

Second District—June 8, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Cuve M. Glosser, of Rochelle, for appellant.

John B. Roe, State's Attorney, of Oregon, (Richard L. Caldwell, Assistant State's Attorney, of counsel,) for the People.